IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01569-BNB

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

DONALD RAY NICHOLS,

   Applicant,

v.

WARDEN WILEY, Adx Florence Colorado,

   Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 2 2009

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

Applicant has submitted an "Application For a Wait [sic] of Habeas Corpus Pursuant to 28 USC § 2241." He has failed either to pay the $5.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers that the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  __X__   is not submitted
(2)  ___    is missing affidavit
(3)  ___    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __X__   is missing certificate showing current balance in prison account
(5)  ___    is missing required financial information
(6)  ___    is missing an original signature by the prisoner
(7)  ___    is not on proper form (must use the court's current form)
(8)  ___    names in caption do not match names in caption of complaint, petition or habeas application
(9)  ___    An original and a copy have not been received by the court. Only an original has been received.
(10) __X__   other: <u>Motion is necessary only if filing fee is not paid in advance.</u>

**Complaint, Petition or Application:**
(11) ___    is not submitted
(12) __X__   is not on proper form (must use the court's current form)
(13) ___    is missing an original signature by the prisoner
(14) ___    is missing page nos. ___
(15) ___    uses et al. instead of listing all parties in caption
(16) ___    An original and a copy have not been received by the court. Only an original has been received.
(17) ___    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___    names in caption do not match names in text
(19) ___    other: _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers that the Applicant

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

2

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the application and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 1st day of July, 2009.

BY THE COURT:

CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09 - CV - 01569

Donald Ray Nichols
Reg No. 12966-018
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226-8500

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms** to the above-named individuals on 7/2/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk