IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01569-BNB

DONALD RAY NICHOLS,

     Applicant,

v.

WARDEN WILEY,

     Respondent.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Applicant's Motion to Clarify, filed July 23, 2009, is GRANTED.  The Court has received Applicant's $5.00 filing fee, as well as his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on the proper form.

Dated:  August 10, 2009

---